Resolution of Managers and Members

of

Pacific Steel Casting Company LLC

The undersigned, being all Managers and Members (the "Governing Body") of Pacific Steel Casting Company LLC (the "Company"), in lieu of holding a meeting of the Governing Body, hereby adopts, by this unanimous written consent dated as of December [ ], 2018, the following resolution:

WHEREAS, this Company is presently in need of the protection afforded by Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") and the Governing Body of the Company consider it advisable and in the best interests of the Company, its creditors, shareholders, members and other interested parties for the Company to file a petition seeking relief under the provisions of Chapter 7 of the Bankruptcy Code; and

NOW, THEREFORE, be it resolved that the following resolutions are adopted by the Governing Body:

RESOLVED, that **Jerry Johnson, Vice President of Finance** of this Company (the "Authorized Officer") be, and hereby is, together with any other officer or employee of the Company that the Authorized Officer may expressly designate in writing (together with the Authorized Officer, the "Approved Officers") authorized and directed to execute and verify a petition in the name of the Company seeking relief under the provisions of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of California or such other bankruptcy court as the Approved Officers shall determine (the "Bankruptcy Court") and in such form and at such time as they shall determine; and it is further

RESOLVED, that the Approved Officers be, and they hereby are, authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and to take any and all actions which they deem necessary and proper in connection with the Chapter 7 case; and it is further

RESOLVED, that the Approved Officers be, and they hereby are, authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

RESOLVED, that the Approved Officers be, and they hereby are, authorized and directed to employ **Tracy Green 114876**, attorney and the law firm of **Wendel, Rosen, Black & Dean LLP** to represent the Company in connection with all matters relating to the carrying out of the intent and purpose of the Chapter 7 case; and it is further

RESOLVED, that the Approved Officers be, and they hereby are, granted full authority to act in the name of and on behalf of the Company, or to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as they deem to be necessary, appropriate, or advisable to carry out the purposes

of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the Chapter 7 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that the Company be, and hereby is, authorized, empowered and directed to certify and attest any documents or materials which the Approved Officers deem necessary, desirable, or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by the Approved Officers in furtherance of these resolutions or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

This consent resolution may be executed in one or more counterparts, each of which shall be deemed an original and all of which, together, shall constitute one consent. All of the foregoing resolutions shall be deemed adopted simultaneously.

**MEMBERS**

Date 12/22/2018

Speyside Fund, LLC
By: _____
Jeffrey A. Stone, Manager

Date 12-22-2018

Alcast Company
By: _____
Its: PRESIDENT

Date 12-22-2018

_____
Krishnan Venkatesan

Date 12/22/2018

_____
Eric Wiklendt

Date 12/22/2018

_____
Jeffrey A. Stone

**MANAGERS**

Date _____     Kevin Daugherty

Date  12-22-2018                 /s/ Steve R. Wessels
                                 Steve R. Wessels

Date  12-22-2018                 /s/ Brian A. Holt
                                 Brian A. Holt

Date  12/22/2018                 /s/ Krishnan Venkatesan
                                 Krishnan Venkatesan

Date  12/22/2018                 /s/ Jeffrey A. Stone
                                 Jeffrey A. Stone

ML_DMS 30336672v3

Date _____  _____
                             Kevin Daugherty

Date _____  _____
                             Steve R. Wessels

Date _____  _____
                             Brian A. Holt

Date _____  _____
                             Krishnan Venkatesan

Date   12/22/2018           _____
                             Jeffrey A. Stone