## United States Bankruptcy Court
## Northern District of California

In re Pacific Steel Casting Company LLC   Case No. 19-40193
                              Debtor(s)   Chapter 7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Jerry Johnson, declare under penalty of perjury that I am the **Vice President of Finance of Pacific Steel Casting Company LLC**, and that the following is a true and correct copy of the resolutions adopted by the Managers and Members of Pacific Steel Casting Company LLC (the "Company") by unanimous written consent dated as of ~~January~~ December 22, 2018.

"RESOLVED, that Jerry Johnson, Vice President of Finance of this Company (the "Authorized Officer") be, and hereby is, together with any other officer or employee of the Company that the Authorized Officer may expressly designate in writing (together with the Authorized Officer, the "Approved Officers") authorized and directed to execute and verify a petition in the name of the Company seeking relief under the provisions of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of California or such other bankruptcy court as the Approved Officers shall determine (the "Bankruptcy Court") and in such form and at such time as they shall determine; and it is further

RESOLVED, that the Approved Officers be, and they hereby are, authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and to take any and all actions which they deem necessary and proper in connection with the Chapter 7 case; and it is further

RESOLVED, that the Approved Officers be, and they hereby are, authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

RESOLVED, that the Approved Officers be, and they hereby are, authorized and directed to employ Tracy Green 114876, attorney and the law firm of Wendel, Rosen, Black & Dean LLP to represent the Company in connection with all matters relating to the carrying out of the intent and purpose of the Chapter 7 case; and it is further

RESOLVED, that the Approved Officers be, and they hereby are, granted full authority to act in the name of and on behalf of the Company, or to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses

as they deem to be necessary, appropriate, or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the Chapter 7 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that the Company be, and hereby is, authorized, empowered and directed to certify and attest any documents or materials which the Approved Officers deem necessary, desirable, or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by the Approved Officers in furtherance of these resolutions or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company."

Date  1/9/19                          Signed _____
                                              Jerry Johnson