# United States Bankruptcy Court
## Northern District of California

In re **Pacific Steel Casting Company LLC**

Debtor(s)

Case No. **19-40193**

Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Schedule A/B**
**Statement of Financial Affairs**
**Summary of Assets and Liabilities for Non-Individuals**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:  2/28/19

**Tracy Green 114876**
Attorney for Debtor(s)
**Wendel, Rosen, Black & Dean LLP**
**1111 Broadway, 24th Floor**
**Oakland, CA 94607-4036**
**(510) 834-6600 Fax:(510) 834-1928**
**tgreen@wendel.com**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ..........................................................    $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................    $    **1,906,146.81**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................    $    **1,906,146.81**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...................................    $    **823,963.37**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..................    $    **1,024,223.70**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................    +$    **1,580,788.24**

4.   Total liabilities ..................................................................................
   Lines 2 + 3a + 3b      $    **3,428,975.31**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Pacific Steel Casting Company LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **19-40193**

■ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Bank of America** | **General Account** | 7282 | $2,707.03 |
| 3.2.  **Bank of America** | **Disbursement Account** | 6395 | $0.00 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,707.03

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

Case: 19-40193    Doc# 23    Filed: 02/28/19    Entered: 02/28/19 13:54:38    Page 3 of 26

| 11a. 90 days old or less: | **62,605.15** | - | **0.00** | = .... | **$62,605.15** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **93,173.54** | - | **0.00** | = .... | **$93,173.54** |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$155,778.69**

**Investments**

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Desks, chairs, file cabinets | **$0.00** | **Comparable sale** | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers, printers, Ring Central phones | **$0.00** | **Comparable sale** | **$1,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.    **$2,000.00**

Case: 19-40193    Doc# 23    Filed: 02/28/19    Entered: 02/28/19 13:54:38    Page 4 of 26

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ■ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 8:  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Foundry machinery & equipment | $0.00 | | $100,000.00 |

51. Total of Part 8.

    Add lines 47 through 50.  Copy the total to line 87.

    | $100,000.00 |

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ■ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 9:  Real property

54. Does the debtor own or lease any real property?

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Case: 19-40193  Doc# 23  Filed: 02/28/19  Entered: 02/28/19 13:54:38  Page 5 of 26

55.1.   **Debtor leased
property at 1333
Second Street,
Berkeley, California,
94710 and vacated
property on
November 28, 2018.
Personal property left
in the premises.**                                      Unknown                                          $0.00

---

56.   **Total of Part 9.**                                                                          $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>**Pacific Steel logo** | $0.00 | | Unknown |
| 61.   **Internet domain names and websites**<br>**Pacificsteel.com domain** | $0.00 | | Unknown |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations**<br>**Customer lists for Pacific Steel and Vancouver Iron & Steel** | $0.00 | | Unknown |
| 64.   **Other intangibles, or intellectual property**<br>**Emission Reduction Credits** | $0.00 | Quotes | $36,000.00 |
| 65.   **Goodwill**<br>**Reputation** | Unknown | | Unknown |

---

Case: 19-40193   Doc# 23   Filed: 02/28/19   Entered: 02/28/19 13:54:38   Page 6 of 26

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $36,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No. Go to Part 12.
    - ■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    **Sentry Insurance**
    **Letter of Credit against future expenses related to workers' comp claims which Debtor estimates exceeds the value of future claims.**

    $1,575,813.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Rigger spilled transformer fluid containing PCB.  Costs to clean up spill.**
    Nature of claim
    Amount requested     $0.00

    $33,848.09

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **Property contaminated at the time Debtor took possession.  Set off rights against landlord and right to reimbursement for some clean up that Debtor performed.**
    Nature of claim
    Amount requested     $0.00

    Unknown

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,

Case: 19-40193    Doc# 23    Filed: 02/28/19    Entered: 02/28/19 13:54:38    Page 7 of 26

country club membership

78.    **Total of Part 11.**                                                       **$1,609,661.09**
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,707.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $155,778.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $100,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $36,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,609,661.09 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,906,146.81 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,906,146.81 |

## United States Bankruptcy Court
### Northern District of California

In re    **Pacific Steel Casting Company LLC**        Case No.    **19-40193**

Debtor(s)        Chapter    **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of Finance of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule A/B, consisting of __7__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 28, 2019**        Signature    **/s/ Jerry Johnson**

                                       **Jerry Johnson**
                                       **Vice President of Finance**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fimpimill in this information to identify the case:

Debtor name   **Pacific Steel Casting Company LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   19-40193

☑ Check if this is an amended filing

# Official Form 207 **AMENDED**
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **10/31/2018** | ☑ Operating a business<br>☐ Other | $21,362,708.00 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other | $23,421,793.00 |
| **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other | $19,404,624.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Littler Mendelson**<br>P.O. Box 45547<br>San Francisco, CA 94145 | 11/30/18 | $7,208.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Legal Fees** |
| 3.2. | **McKissick**<br>2801 Dawson Road<br>Tulsa, OK 74101 | 11/30/18 | $6,461.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Refund on overpayment of casting invoice** |
| 3.2. | **Wendel, Rosen, Black & Dean LLP**<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 | 12/20/18 | $4,084.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Attorney Fees** |
| 3.4. | **NRC Environmental Services**<br>1605 Ferry Place<br>Alameda, CA 94501 | 1/3/19 | $17,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Unsecured loan repayments<br>☑ Services<br>☐ Other |
| 3.5. | **Wendel, Rosen, Black & Dean LLP**<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 | 1/9/19 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Attorney Fees** |
| 3.6. | **Hassle-Free Haulers**<br>2354 9th Ave.<br>San Francisco, CA  94116 | 1/23/19 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Unsecured loan repayments<br>☑ Services<br>☐ Other _____ |
| 3.7. | **Techordia**<br>1900 North Loop Road<br>Alameda, CA 94502 | 11/30/18<br>1/11/19 | $8,756.25<br>$10,054.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **IT Services** |
| 3.8. | **See Attachment A**<br>**Union Employees' Severance Pay** | | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Severance Pay** |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Case: 19-40193　Doc# 23　Filed: 02/28/19　Entered: 02/28/19 13:54:38　Page 12 of 26

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Krishnan Venkatesan<br>1631 Angsley Lane<br>San Ramon, CA 94710<br>President of Pacific Steel, LLC Member | 12/31/17 -<br>12/15/18 | $283,652.65 | Compensation |
| 4.2. | Krishnan Venkatesan<br>1631 Angsley Lane<br>San Ramon, CA 94710<br>President of Pacific Steel, LLC Member | 1/22/18 -<br>9/14/18 | $6,272.02 | Reimbursement of Expenses |
| 4.3. | Jerry Johnson<br>P.O. Box 6784<br>Moraga, CA 94570<br>VP Finance of Pacific Steel | 1/15/18 -<br>12/31/18 | $281,948.32 | Compensation |
| 4.4. | Jerry Johnson<br>P.O. Box 6784<br>Moraga, CA 94570<br>VP Finance of Pacific Steel | 10/31/18 | $50,000.00 | Compensation |
| 4.5. | Jerry Johnson<br>P.O. Box 6784<br>Moraga, CA 94570<br>VP Finance of Pacific Steel | 1/24/18 | $1,000.00 | Expense reimbursement |
| 4.6. | Jerry Johnson<br>P.O. Box<br>Moraga, CA 94570<br>VP Finance of Pacific Steel | 3/27/18 -<br>12/17/18 | $3,100.88 | Expense Reimbursement |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | HFR Properties LP v. Pacific Steel Casting Company LLC<br>RG18915202 | Unlawful Detainer | Alameda County Superior Court<br>1225 Fallon Street<br>Oakland, CA 94612 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | Holt of California v. Pacific Steel Casting Company LLC<br>STK-CV-LBC-2018-5344 | Unpaid Invoices | San Joaquin County Superior Court<br>180 E. Weber Avenue<br>Stockton, CA 94612 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | United Contract Services Inc. v. Pacific Steel Casting Company LLC<br>RS18890288, RS18889992 | Unpaid invoices | Alameda County Superior Court<br>1225 Fallon Street<br>Oakland, CA 94612 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | Adobe Lumber Inc. dba Industrial Wholesale v. Jerry Johnson dba Pacific Steel Casting Co.<br>18SC000252 | Unpaid Invoices | Napa County Superior Court<br>825 Brown Street<br>Napa, CA 94559 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | The Board of Trustees in their capacities as Trustee of the CMTA-Glass, Molders, Pottery, Plastics, et al. v. Pacific Steel Casting Company, et al.<br>17-cv-04572-WHA | Union Dispute | U.S. District Court - ND of California<br>400 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

Case: 19-40193    Doc# 23    Filed: 02/28/19    Entered: 02/28/19 13:54:38    Page 14 of 26

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Focus Management Group** P.O. Box 22127 Tampa, FL 33630 | | 9/2017 - 6/2018 | $255,425.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Wendel, Rosen, Black & Dean LLP** 1111 Broadway, 24th Floor Oakland, CA 94607-4036 | Attorney Fees | 10/19/17 | $50,000.00 |
| | Email or website address tgreen@wendel.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Wendel, Rosen, Black & Dean LLP** 1111 Broadway, 24th Floor Oakland, CA 94607-4036 | Attorney Fees | 4/30/18 | $10,000.00 |
| | Email or website address tgreen@wendel.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Wendel, Rosen, Black & Dean LLP** 1111 Broadway, 24th Floor Oakland, CA 94607-4036 | Attorney Fees | 10/22/18 | $15,000.00 |
| | Email or website address tgreen@wendel.com | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | Wendel, Rosen, Black & Dean LLP 1111 Broadway, 24th Floor Oakland, CA 94607-4036 | Attorney Fees | 12/20/18 | $4,084.75 |
| | Email or website address tgreen@wendel.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | Wendel, Rosen, Black & Dean LLP 1111 Broadway, 24th Floor Oakland, CA 94607-4036 | Attorney Fees | 1/9/19 | $5,000.00 |
| | Email or website address tgreen@wendel.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.  **SEE ATTACHMENT B**

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1333 Second Street Berkeley, CA 94710 | 8/29/14 - 11/28/18 |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:
    Name of plan
    **Pacific Steel Casting Company LLC 401(k) Plan**

    Employer identification number of the plan
    EIN:  **47-1342064**

    Has the plan been terminated?
    ☑ No
    ☐ Yes

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:
    Name of plan
    **CMTA Molders & Allied Workers Pension Trust**

    Employer identification number of the plan
    EIN:

    Has the plan been terminated?
    ☑ No
    ☐ Yes

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:
    Name of plan
    **Pacific Steel Casting Company Defined Benefit Pension Plan**

    Employer identification number of the plan
    EIN:  **94-1067684**

    Has the plan been terminated?
    ☑ No
    ☐ Yes

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Case: 19-40193   Doc# 23   Filed: 02/28/19   Entered: 02/28/19 13:54:38   Page 17 of 26

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank NA<br>555 12th Street<br>Oakland, CA 94607 | XXXX-7011 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/28/18 | $44,024.00 |
| 18.2. | Wells Fargo Bank NA<br>555 12th Street<br>Oakland, CA 94607 | XXXX-7029 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/28/18 | $0.00 |
| 18.3. | Wells Fargo Bank NA<br>555 12th Street<br>Oakland, CA 94607 | XXXX-7037 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/28/18 | $0.00 |
| 18.4. | Wells Fargo Bank NA<br>555 12th Street<br>Oakland, CA 94607 | XXXX-2028 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $1,000.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Richmond Warehouse<br>900 Brookline Drive<br>Richmond, CA 94801 | Warehouse closed<br>4/28/18 | Patterns and Castings | ☑ No<br>☐ Yes |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**   Details About Environment Information

Case: 19-40193    Doc# 23    Filed: 02/28/19    Entered: 02/28/19 13:54:38    Page 18 of 26

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☑ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☐ No.
   ☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **City of Berkeley**<br>**Toxic Management Division**<br>**1947 Center St., 1st Flr.**<br>**Berkeley, CA 94704**<br><br>**Pacific Steel Casting Co. LLC**<br>**1333 Second Street**<br>**Berkeley, CA 94710** | | **Haz Waste Groundwater**<br>**HMBP Stormwater** | 2/7/19 |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☑ None

| Name and address | | Date of service<br>From-To |
|---|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

Case: 19-40193   Doc# 23   Filed: 02/28/19   Entered: 02/28/19 13:54:38   Page 19 of 26

| | Name and address | | Date of service From-To |
|---|---|---|---|
| 26b.1. | UHY LLP<br>27725 Stansbury Blvd., Ste. 200<br>Farmington Hills, MI 48334 | | 8/2014 - 7/2017 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Jerry Johnson<br>VP Finance of Debtor<br>P.O. Box 6486<br>Moraga, CA 94570 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| | |
|---|---|
| 26d.1. | Wells Fargo Capital Finance<br>2450 Colorado Ave., Ste. 300W<br>Santa Monica, CA 90404 |
| 26d.2. | GMP United Steelworkers Union<br>608 East Baltimore Pike<br>Media, PA 19063-1735 |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jerry Johnson | P.O. Box 6784<br>Moraga, CA 94570 | Vice President of Finance | |
| Krishnan Venkatesan | 1631 Angsley Lane<br>San Ramon, CA 94710 | President, Manager | 1.7% |
| Jeffrey Stone | 24 Frank Lloyd Wright Dr.<br>Ann Arbor, MI 48106 | Manager | 10% |
| Kevin Dougherty | 24 Frank Lloyd Wright Dr.<br>Ann Arbor, MI 48106 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Wessels | 8821 N. University St.<br>Peoria, IL 61615 | Manager | |
| Brian Holt | 8821 N. University Street<br>Peoria, IL 61615 | Manager | |
| Alcast Company | 8821 North University Street<br>Peoria, IL 61615 | Class A Member | 41.65% |
| Speyside Fund LLC | 24 Frank Lloyd Wright Drive<br>Suite H3225<br>P.O. Box 484<br>Ann Arbor, MI 48106 | Class A Member | 41.65% |
| Eric Wiklendt | 8100 Reinhart Road<br>Carleton, MI  48117 | Class C Member | 5% |

---

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

[✓] No
[ ] Yes. Identify below.

---

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

[ ] No
[✓] Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Speyside Fund LLC<br>24 Frank Lloyd Wright Dr<br>Suite H3225<br>P.O. Box 484<br>Ann Arbor, MI 48106 | 3,780,000.00 | 1/18/18 -<br>10/31/18 | Payments on Secured Debt |
| | Relationship to debtor<br>LLC Member | | | |
| 30.2 | Krishnan Venkatesan<br>1631 Angsley Lane<br>San Ramon, CA 94710 | 283,652.65 | 1/15/18 -<br>12/15/18 | Compensation |
| | Relationship to debtor<br>President of Pacific Steel,<br>LLC Member | | | |

---

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 | Krishnan Venkatesan<br>1631 Angsey Lane<br>Suite H3225<br>P.O. Box 484<br>Ann Arbor, MI 48106 | 6,272.02 | 1/22/18 -<br>9/14/18 | Expense Reimbursement |
| | Relationship to debtor<br>President of Pacific Steel, LLC Member | | | |
| 30.4 | Jerry Johnson<br>P.O. Box 6784<br>Moraga, CA 94570 | 281,948.32 | 1/15/18 -<br>12/31/18 | Compensation |
| | Relationship to debtor<br>VP Finance of Pacific Steel | | | |
| 30.5 | Jerry Johnson<br>P.O. Box 6784<br>Moraga, CA 94570 | 50,000 | 10/31/18 | Compensation |
| | Relationship to debtor<br>VP Finance of Pacific Steel | | | |
| 30.6 | Jerry Johnson<br>P.O. Box 6784<br>Moraga, CA 94570 | - 1,000 | 5/4/18 | Expense reimbursement |
| | Relationship to debtor<br>VP Finance of Pacific Steel | | | |
| 30.7 | Jerry Johnson<br>P.O. Box<br>Moraga, CA 94570 | 3,100.88 | 3/27/18 -<br>12/17/18 | Expense reimbursement |
| | Relationship to debtor<br>VP Finance of Pacific Steel | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                                        Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.
Name of the Pension Fund:                                             Employer Identification number of the parent corporation

CMTA Molders & Allied Workers Pension Fund

Pacific Steel Casting Company Defined Benefit Pension Plan            94-1067684

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2019**

_____          _____
*/s/ Jerry Johnson*                              **Jerry Johnson**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Vice President of Finance**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Case: 19-40193    Doc# 23    Filed: 02/28/19    Entered: 02/28/19 13:54:38    Page 23 of 26

| First | Middle | Last Name | Severance Due |
|---|---|---|---|
| JOSE | | ARANDA | $ 6,766.60 |
| LORENZO | | ARANDA | $ 21,267.40 |
| ESCALANTE | EFRAIN | BLANCO | $ 10,730.20 |
| MIRANDA | PEDRO | BLAZ | $ 14,033.20 |
| ARMANDO | | CAMPOS-HERNANDEZ | $ 11,019.70 |
| JOSE | FRANCISCO | CARRENO | $ 10,730.20 |
| NELSON | | COSTA | $ 3,125.20 |
| RUI | P | COSTA | $ 19,978.60 |
| MARTIN | | DUENAS | $ 8,063.80 |
| MANUEL | | ESCALANTE | $ 17,336.20 |
| LOPEZ | SALVADOR | ESPARZA | $ 8,748.40 |
| JAMES | | FIGUEROA | $ 8,507.20 |
| EDWARD | L | FLORES | $ 6,766.60 |
| YUHENG | | HE | $ 3,729.40 |
| JOSE | J | HERNANDEZ | $ 8,675.50 |
| DAVID | | ISLAS | $ 13,372.60 |
| VON | | LAVANH | $ 6,766.60 |
| CUONG | N | LIEU | $ 6,840.40 |
| BARBOZA | CATALINA | LOMELI | $ 6,169.30 |
| BARBOZA | FEDERICO | LOMELI | $ 110.80 |
| REFUGIO | G. | LOPEZ | $ 16,015.90 |
| SONNY | | LOUANG | $ 14,339.20 |
| JUAN | A | LOZANO | $ 18,462.70 |
| CARLOS | | MARTINEZ | $ 12,484.30 |
| PEDRO | | MARTINEZ | $ 13,569.10 |
| ANTONIO | E | MELGOZA | $ 12,957.40 |
| ENRIQUE | | MIRAMONTES-GUEVARA | $ 8,063.80 |
| RICHARD | G | MITCHELL | $ 9,840.40 |
| ALDO | | MORA | $ 17,012.20 |
| ANDRES | | MORALES | $ 14,180.80 |
| SALVADOR | | MORENO | $ 8,087.80 |
| MANUEL | | MUNOZ | $ 17,239.30 |
| ANTONIO | | OCHOA | $ 6,634.60 |
| GONZALEZ | JOSE | ORTIZ | $ 17,996.80 |
| JOHN | | ORTIZ | $ 16,013.20 |
| JOSE | | ORTIZ | $ 10,510.60 |
| TYRONE | E. | OSBORNE | $ 8,063.80 |
| SERGIO | | PEDROZA | $ 8,363.20 |
| FRANK | | PEPE | $ 4,124.20 |
| ENRIQUE | | PEREZ | $ 16,015.00 |
| JUAN | PICENO | PEREZ | $ 6,840.40 |
| ANGEL | | REYES | $ 16,891.30 |
| FIDENCIO | S | REYES | $ 5,858.50 |
| LUIS | | REYNOSO | $ 18,657.40 |
| ANDRES | | RIVERA | $ 15,354.40 |

| | | | |
|---|---|---|---|
| ABEL | | RODRIGUEZ | $ 19,318.00 |
| JESUS | ORTIZ | RODRIGUEZ | $ 12,093.70 |
| MIGUEL | A | RODRIGUEZ | $ 7,452.10 |
| JOSE | G | ROJO | $ 17,336.20 |
| HERNANDEZ | MIGUEL | RUELAS | $ 8,063.80 |
| CHAN | CHENG | SAECHAO | $ 110.80 |
| CHENG | CHIENG | SAECHAO | $ 18,657.40 |
| KAO | MEUY | SAECHAO | $ 7,537.90 |
| NICOLAS | | SALAZAR | $ 22,018.00 |
| ANTONIO | | SANCHEZ | $ 17,239.30 |
| MANUEL | | SANTOYO | $ 18,462.70 |
| TONY | R. | SILVA | $ 26,584.60 |
| ROBERT | M | SIMAS | $ 13,372.60 |
| BOUNLOUAM | | SITHIDETH | $ 17,996.80 |
| DELFINO | | SOLANO | $ 18,049.00 |
| SALVADOR | | SUAREZ | $ 13,372.60 |
| JOSE | Q | TAMAYO | $ 19,318.00 |
| IGNACIO | | TORRES | $ 19,318.00 |
| ONOFRE | | VASQUEZ | $ 6,766.60 |
| MARTIN | F | VELASCO | $ 15,354.40 |
| PULIDO | RAUL | VILLASENOR | $ 6,919.60 |
| SALVADOR | NAVARRO | ZANDOVAL | $ 6,228.70 |
| PABLO | MARTINEZ | ZURITA | $ 17,851.00 |
| Monarrez | Modesta | Carrillo | $ 110.80 |
| Hector | | Vargas | $ 9,898.90 |

ATTACHMENT B

13. Transfers not already listed on this Statement:

Pacific Steel entered into an auction agreement with Reich Brothers in January 11, 2018 to sell all the machinery, equipment, furniture and fixtures owned by Pacific Steel. The agreement provided a minimum net proceeds to Pacific Steel of $1 million. The first $650 thousand was paid on January 16, 2018 and the remaining $350 thousand was paid on May 8, 2018, after the auction dates were set. Both payments were made directly to Wells Fargo Bank to pay down the term loan and credit line under the Credit Facility with Wells Fargo. Reich Brothers, and their partners FL Sales and United Asset Sales, began marketing the equipment immediately after executing the contract and did some pre-sales of equipment prior to the electronic auction dates. There were two auctions: Auction 1 was June 14, 2018 to sell equipment in Plant 1 and Tombstone facilities; Auction 2 was September 11-12, 2018 for Plants 2, 3 and remaining facilities. The proceeds of the pre-sales and auctions less auction expenses did not exceed $1 million, so there were no additional payments made by Reich Brothers to Pacific Steel.

022354.0002\5390146.1