# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (OAKLAND DIVISION)

| | |
|---|---|
| In re:<br><br>PACIFIC STEEL CASTING COMPANY LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-40193 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

Please take notice Donahue Fitzgerald LLP: (a) appears as counsel to HFR PROPERTIES, L.P. (the "**HFR**") in the above-captioned bankruptcy case (the "**Case**") pending in the United States Bankruptcy Court for the Northern District of California (the "**Court**") pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code; and (b) requests that all notices given or required to be given in the Case and all papers served or required to be served in the Case be given to and served upon:

Eric A. Handler
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: ehandler@donahue.com

Please take further notice that counsel undersigned and Donahue Fitzgerald LLP consents to e-mail service, at the address above, of all notices given or required to be given in the Case.

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules identified above but also, without limitation, any and all orders,

applications, complaints, demands, hearings, motions, petitions, pleadings, requests (whether for relief from stay or otherwise), plans of reorganization, statements, schedules, operating reports, any notices related to any of the foregoing, any other auxiliary filings related to any of the foregoing, and any other documents brought before the Court or filed with the U.S. Trustee in the Case, whether formal or informal and regardless of whether transmitted or conveyed by mail, personal delivery, telephone, email, or otherwise.

Please take further notice that neither this Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct shall constitute a waiver of HFR's:

1. Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

2. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

3. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

4. Right to receipt of service of process in all actions, causes, claims, or proceedings arising in, arising under, or related to these proceedings to be served directly on HFR as required by law, and this Notice shall not constitute an authorization (express or implied) for the law firm Donahue Fitzgerald LLP to act as the agent for purposes of service on HFR under Bankruptcy Rule 7004;

5. Right to contest service of process; or

6. Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which any party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the Case.

Dated: July 12, 2019                    DONAHUE FITZGERALD LLP

By: */s/ Eric A. Handler*
　　Eric A. Handler (Cal. State Bar No. 224637)
　　DONAHUE FITZGERALD LLP
　　1999 Harrison Street, 25th Floor
　　Oakland, California 94612
　　Telephone: (510) 451-3300
　　Facsimile: (510) 451-1527
　　Email: ehandler@donahue.com

　　Attorneys for HFR Properties, L.P.

# CERTIFICATE OF SERVICE

I am: (1) a citizen of the United States and employed in Alameda County, California; (2) over the age of eighteen years; (3) not a party to the within-entitled action; and (4) employed in the office of a member of the bar of this Court at whose direction the service attested to herein was made. My business address is 1999 Harrison Street, 25th Floor, Oakland, California, 94612-3520. I am readily familiar with this firm's practice for collection and processing of documents for mailing with the United States Postal Service. On July 12, 2019, the foregoing **Notice Of Appearance And Request For Service Of Notices And Papers** was served: (a) on all parties in interest through the CM/ECF system of the United States Bankruptcy Court for the Northern District of California; and (b) on the following individuals via first class mail by placing true and correct copies thereof in sealed envelopes with postage prepaid for deposit with the United States Postal Service in Oakland, California and addressed as follows:

Pacific Steel Casting Company LLC
P.O. Box 6486
Moraga, CA 94570
Debtor

Tracy Green, Esq.
Wendel, Rosen, Black and Dean
1111 Broadway, 24th Fl.
P.O. Box 2047
Oakland, CA 94607
Attorney for Debtor

Sarah L. Little, Esq.
2415 San Ramon Valley Blvd., #4432
San Ramon, CA 94583
Chapter 7 Trustee

Eric A. Nyberg, Esq.
Kornfield Nyberg Bendes Kuhner & Little
1970 Broadway #600
Oakland, CA 94612
Attorney for Chapter 7 Trustee

I certify under penalty of perjury that the foregoing is true and correct and that this certification has been executed on July 12, 2019 in Oakland, California.

_____
Sara Bonnel