Tracy Green (Bar No. 114876)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: tgreen@wendel.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY, LLC,<br><br>Debtor. | Case No. 19-40193-RLE<br><br>Chapter 7<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**TO: CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately the law firm Wendel, Rosen, Black & Dean LLP has changed its name to Wendel Rosen LLP. All contact information, including the office address, telephone and facsimile numbers, and email addresses, remain the same.

DATED: July 16, 2019          WENDEL ROSEN LLP

By:  */s/ Tracy Green*
     Tracy Green
     Attorneys for Debtor

# CERTIFICATE OF SERVICE

I, Pam Joakimson, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

## NOTICE OF CHANGE OF FIRM NAME

on each party listed below in the following manner:

**[X]** **by ECF** to those parties who are on the electronic notification list for this case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on July 16, 2019, at Oakland, California.

                                      */s/ Pam Joakimson*
                                      Pam Joakimson