JENNER & BLOCK LLP
Todd C. Toral (SBN 197706)
Kate T. Spelman (SBN 269109)
Eric H. Lamm (SBN 324153)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
Email: TToral@jenner.com
KSpelman@jenner.com
ELamm@jenner.com

The following constitutes the order of the Court.
Signed: July 28, 2020

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Defendants Speyside Fund II LLC,
Alcast Company, Krishnan Venkatesan, Jeffrey Stone,
Eric Wiklendt, Jerry Johnson, Brian Holt, Steve Wessels,
Kevin Daugherty, RataxasCo LLC, Speyside Equity LLC,
Kevin Daugherty, as Trustee of the TD 2011 Trust and PD 2011 Trust,
and Robert C. Sylvester

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY LLC,<br><br>Debtor, | Case No.: 4:19-bk-40193-RLE<br>Chapter 7<br><br>Honorable Roger L. Efremsky<br><br>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO AUTHORIZE ADVANCEMENT AND PAYMENT OF DEFENSE COSTS UNDER INSURANCE POLICY**<br><br><u>Hearing Held:</u><br>Date: July 22, 2020<br>Time: 2:00 P.M.<br>Place: U.S. Bankruptcy Court<br>1300 Clay St. Courtroom 201<br>Oakland, CA 94612<br>[By Telephone or Video] |

Order on Motion for Relief from the Automatic Stay, to the Extent Applicable

The Motion of interested parties Krishnan Venkatesan, Jeffrey Stone, Jerry Johnson, Brian Holt, Kevin Daugherty, and Steve Wessels ("Movants") for an order pursuant to Sections 362(d) and 105(a) of Title 11 of the United States Code ("Bankruptcy Code"), Rule 4001 of the Federal Rules of Bankruptcy Procedure ("FRBP"), and Rule 4001-1 of the Bankruptcy Local Rules ("Local Rules"), for relief from the automatic stay, to the extent applicable, to authorize advancement and payment of defense costs under insurance policy, came on for hearing via Zoom Conference on July 22, 2020 at 2:00 P.M. in the above-captioned court. Appearances were as stated on the record.

Having considered the pleadings and all papers submitted by the parties in support of and in opposition to the Motion, the oral arguments of counsel at the hearing, and the court's files and records in this action, IT IS HEREBY ORDERED:

(1) Relief from the automatic stay is granted to permit Continental Casualty Company ("Continental") to advance and/or reimburse Movants' defense costs incurred in connection with the adversary proceeding captioned *Little v. Speyside Fund, LLC, et al.*, No. 19-04057 ("Adversary Proceeding") from Continental Epack Extra Insurance Policy No. 596719036 ("Policy").

(2) Movants (directly or through Continental) are directed to provide the following information to the Trustee on a quarterly basis, beginning on August 1, 2020:

    a. The total amount of Adversary Proceeding defense costs billed to Continental to date;

    b. The total amount of Adversary Proceeding defense costs paid by Continental to date; and

    c. The balance of available limits remaining on the Policy.

(3) This order is without prejudice to any rights the bankruptcy estate may have under the Policy and at the conclusion of this action to challenge any payments made under the Policy, which rights are preserved.

IT IS SO ORDERED.

*** End of Order ***

Approved as to form and substance:

    KORNFIELD NYBERG BENDES
    KUHNER & LITTLE

By: _____
    Eric A. Nyberg

*Counsel for Sarah L. Little,*
*Chapter 7 Trustee*


Approved as to form and substance:

    BRUTZKUS GUBNER

By: /s/ Jason B. Komorsky
    Jason B. Komorsky

*Counsel for Sarah L. Little,*
*Chapter 7 Trustee*

3

Order on Motion for Relief from Automatic Stay, to the Extent Applicable

Case: 19-40193    Doc# 54    Filed: 07/28/20    Entered: 07/29/20 11:06:15    Page 3 of 4

COURT SERVICE LIST

All parties are set to receive electronic notices.