ERIC A. NYBERG, ESQ. (Bar No. 131105)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com

Attorneys for Trustee, Sarah L. Little

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY LLC,<br><br>Debtor. | Case No.19-40193 RLE<br><br>Chapter 7<br><br>**DECLARATION OF SARAH L. LITTLE IN SUPPORT OF MOTION TO APPROVE SALE OF DOMAIN NAME**<br><br>Date: April 7, 2021<br>Time: 2:00 p.m.<br><br>**TO BE HELD TELEPHONICALLY, OR VIA VIDEO, WHERE APPROVED AND APPLICABLE** |

I, Sarah L. Little, declare under penalty of perjury as follows:

1. I am the Chapter 7 Trustee in the above-captioned Chapter 7 bankruptcy case.

2. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

3. Pacific Steel Casting Company, LLC (the "Debtor") filed a voluntary Chapter 7 bankruptcy petition on January 25, 2019, Case No. 19-40193 (the "Bankruptcy Case") which is currently pending in the United States Bankruptcy Court for the Northern District of California.

Declaration of Sarah Little in Support of Motion to Approve Sale of Domain Name -1-

4. Among the assets in the Bankruptcy Case is the domain name www.pacific steel.com ("Domain Name").

5. I received and accepted an offer from Pacific Steel & Recycling (the "Purchaser") to purchase the Domain Name. I have entered into a Domain Name Purchase and Transfer Agreement with the Purchaser, a copy of which is attached hereto as Exhibit "A." The Purchaser is buying the Domain Name for the sum of $4,500. The purchase price will be paid in cash. There are no commissions associated with the transaction.

6. I have not received any other offers or expressions of interest related to the Domain Name. However, I did reach out to four (4) parties who I felt might have some interest in the Domain Name. Only Pacific Steel & Recycling expressed any interest in purchasing the Domain Name. I believe that the purchase price to be paid by the Purchaser is a fair and reasonable price for the Domain Name.

7. I believe that the sale of the Domain Name is necessary and is in the best interest of the estate and its creditors.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 2nd day of March, 2021 at San Ramon, California.

/s/ Sarah L. Little

# EXHIBIT A

# DOMAIN NAME SALE AND OWNERSHIP TRANSFER AGREEMENT

This Domain Name Sale and Ownership Transfer Agreement ("Agreement") is entered into between Sarah L. Little in her capacity as Chapter 7 Trustee of the Bankruptcy Estate of Pacific Steel Casting Co, LLC which formerly did business at 1333 2nd Street, Berkeley, California ("Seller"), and Pacific Hide & Fur Depot, a Montana corporation doing business as Pacific Steel & Recycling located at #5 River Drive So., Great Falls Montana ("Purchaser") on this 22nd day of February, 2021. This agreement sets forth all terms and conditions under which Seller agrees to sell and transfer to Purchaser all ownership rights in and to the domain name www.pacificsteel.com ("Domain Name") including any and all trademark rights and attendant goodwill associated therewith.

**Seller and the Purchaser hereby agree as follows:**

1. **Purchase Price.** In consideration for payment of Four Thousand Five Hundred dollars ($4,500.00), the sufficiency of which is hereby acknowledged ("Purchase Price"), paid by Purchaser to Seller, Seller hereby assigns, sells, transfers and conveys to Purchaser all of Seller's right, title, and interest in and to the Domain Name. Payment will be made in US dollars.

2. **Seller's Representations.** Seller represents and warrants that to best of her information and knowledge, that the bankruptcy estate is the lawful and exclusive registrant of the Domain Name and no other party has any right to registration of the Domain Name or has otherwise made any claim to the Domain Name. Seller further represents and warrants that it has the exclusive authority, subject to approval by the United States Bankruptcy Court for the Northern District of California in the Chapter 7 Case of Pacific Steel Casting Co,LLC, to enter into this transaction and transfer the Domain Name, free of the claims of any third parties.

3. **Transfer of the Domain Name.** The Domain Name is registered with Network Solutions ("Registrar"), an ICANN accredited registrar system. Upon confirmation of receipt of Purchase Price, Seller shall provide Purchaser with a transfer authorization code or Seller shall push the Domain Name to Purchaser's account at Registrar within 2 days of Bankruptcy Court Approval. This enables Purchaser to modify the registration information as desired, transfer the Domain Name to a different Registrar, and/or to change Purchaser's password/username to take full control of the Domain Name.

4. **Further Assurances.** Seller shall take all reasonable actions, including providing all necessary documentation to Purchaser in order to transfer Domain Name to Purchaser.

5. **Counterparts/Fax.** This Agreement may be signed in counterparts. Signed counterparts of this Agreement transmitted via Fax or email are equivalent to a signed original of this Agreement.

6. **Governing Law.** This Agreement is made under and shall be governed by and interpreted in accordance with the laws of the State of California, without regard to that state's choice of law principles, which may direct the application of the laws of another jurisdiction.

10. **Entire Agreement.** This Agreement constitutes and contains the entire agreement between the parties with respect to the subject matter herein and supersedes any prior oral or written agreements. This Agreement cannot be changed, modified, amended, or supplemented, except in writing signed by all parties hereto.

11. **Bankruptcy Court Approval**. This Agreement is subject to the entry of an order of the United States Bankruptcy Court for the Northern District of California approving the sale.

**IN WITNESS WHEREOF,** Seller and Purchaser have caused this Agreement to be executed by their duly authorized representatives.

Kenneth Hess, CIO
Pacific Hide & Fur Depot, a
Montana corporation doing business as
Pacific Steel & Recycling

2/25/2021
Date:

Sarah L. Little, Chapter 7
Trustee of the Bankruptcy
Estate of Pacific Steel
Casting Co, LLC

2/26/2021
Date: