ERIC A. NYBERG, ESQ.
(Bar No. 131105)
**KORNFIELD, NYBERG, BENDES,
KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com

Attorneys for Trustee, Sarah L. Little

The following constitutes the order of the Court.
Signed: April 7, 2021

_____
**Roger L. Efremsky
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY LLC,<br><br><br><br>Debtor. | Case No.19-40193 RLE<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO APPROVE SALE OF DOMAIN NAME**<br><br>Date: April 7, 2021<br>Time: 2:00 p.m.<br><br>**HEARING HELD VIA-ZOOM** |

    The motion of Sarah L. Little, Chapter 7 Trustee of the bankruptcy estate of Pacific Steel Casting Company, LLC for approval of sale of domain name came on for a hearing via ZOOM on April 7, 2021 at 2:00 p.m. All appearances were as noted on the record. The court having considered the motion, the lack of opposition and good cause appearing therefor;

    **IT IS HEREBY ORDERED** that the Motion for Approval of Sale of Domain Name filed by Sarah L. Little, Chapter Trustee of the bankruptcy estate of Pacific Steel Casting Company, LLC [Docket No. 57] is granted and the Trustee is authorized to execute all documents reasonably

necessary to effectuate the sale of the domain name.

***END OF ORDER***

COURT SERVICE LIST

No service list required