**YOUNG, GARCIA & QUADROZZI, PC**
Jaye Quadrozzi (S.B. No. 149554)
J. David Garcia (*pro hac vice* pending)
quadrozzi@youngpc.com
garci@youngpc.com
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: 248-353-8620
Facsimile: 248-479-7828

The following constitutes the order of the Court.
Signed: November 19, 2021

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

**KELLER BENVENUTTI KIM LLP**
Jane Kim (S.B. No. 298192)
Dara L. Silveira (S.B. No. 274923)
jkim@kbkllp.com
dsilveira@kbkllp.com
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 364-6793
Facsimile: (650) 636-9251

*Attorneys for Defendant, UHY, LLP*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY LLC,<br>Debtor,<br>_____<br>SARAH L. LITTLE, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>SPEYSIDE FUND, LLC, a Delaware limited liability company; THE ALCAST COMPANY, an Illinois corporation; UHY, LLP, a New York limited liability partnership; KRISHNAN VENKATESAN, an individual; JEFFREY STONE, an individual; ERIC WIKLENDT, an individual; JERRY JOHNSON, an individual; BRIAN HOLT, an individual; STEVE WESSELS, an individual; KEVIN DAUGHERTY, an individual; RATAXASCO LLC, a New York limited liability company; SPEYSIDE EQUITY LLC, a Delaware limited | Case No.: 4:19-BK-40193-RLE<br>Chapter 7<br><br>Adversary Proceeding No. 19-04057<br><br>Honorable Roger L. Efremsky<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

liability company; KEVIN DAUGHERTY, as Trustee of the TD 2011 Trust and PD 2011 Trust; ROBERT C. SYLVESTER, an individual; and DOES 1 through 10, inclusive,

Defendants.

J. David Garcia, whose business address and telephone number is:

> **YOUNG, GARCIA & QUADROZZI, PC**
> Jaye Quadrozzi (S.B. No. 149554)
> J. David Garcia (*pro hac vice* pending)
> quadrozzi@youngpc.com
> garci@youngpc.com
> 27725 Stansbury Blvd., Suite 125
> Farmington Hills, MI 48334
> Telephone: 248-353-8620
> Facsimile: 248-479-7828

and who is an active member in good standing of the bar of the State of Michigan, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, UHY, LLP.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***