# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## TRANSCRIPT ORDER FORM

Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☐ No

**Name of Debtor (Case Name):** Pacific Steel Casting Company LLC
**Chapter:** 7
**Case Number:** 19-40193

**Adversary Proceeding Name:**
Sarah L. Little
vs.
Speyside Fund, LLC et al.
Plaintiff(s), Defendant(s).

**Adversary Proceeding Number (or Miscellaneous Proceeding Number):** 19-04057

**Date of Hearing:** 1/5/2022
**Time of Hearing:** 2:00 pm
(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Efremsky
**Hearing Location:**

**Transcriber:** Veritext
**Alternate Transcriber:** TheRecordXchange

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☑ Expedited (7 Days)
- ☐ Daily (24 Hours)
- ☐ Entire Hearing
- ☐ Testimony of Witness
- ☐ Other/Special Instructions:
- ☐ Ruling/Opinion Portion Only

Name of Witness

**Name of Person(s) Ordering Transcript:** Todd Toral

**Contact Person:** Megan Garand

**Phone Number:** 773-372-0929

**Mailing Address (include law firm name, if any):**
Jenner & Block LLP
515 South Flower Street
Suite 3300, Los Angeles, CA 90071-2246

**Email Address:** docketing@jenner.com

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019